```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                            AT ROANOKE, VA
                                                                 FILED
            IN THE UNITED STATES DISTRICT COURT            NOV 1 7 2005
           FOR THE WESTERN DISTRICT OF VIRGINIA
                     DANVILLE DIVISION                 JOHN F. CORCORAN, CLERK
                                                       BY:
                                                              DEPUTY CLERK
```

THOMAS E. ROACH,                    )
                                    )   Civil Action No. 4:02CV00048
    Plaintiff               )
                                    )
v.                                  )   **ORDER**
                                    )
JO ANNE B. BARNHART, Commissioner   )
of Social Security,                 )   By:  Hon. Glen E. Conrad
                                    )        United States District Judge
    Defendant               )

       This case is now before the court for the consideration of the petition of plaintiff's attorney for approval and authorization of a fee for said attorney's services in the litigation of the case before this court. The case involved plaintiff's appeal of the final decision of the Commissioner of Social Security denying plaintiff's claims for disability insurance benefits and supplemental security income benefits under the Social Security Act, as amended, 42 U.S.C. §§ 416(i) and 423, and 42 U.S.C. § 1381 et seq., respectively. This court's authority for the approval of attorney's fees is set forth pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), as amended. Under 42 U.S.C. § 406(b)(1), the court is authorized to allow a reasonable fee, not to exceed 25 percent of the past due benefits.

       By memorandum opinion and order entered August 22, 2003, the court remanded this case to the Commissioner of Social Security for further consideration of plaintiff's claims for disability insurance benefits and supplemental security income benefits. The court has now been advised that plaintiff's claims have been approved. Throughout the proceedings before this court, plaintiff was

represented by C. Cooper Geraty, Esq., of Charlottesville, Virginia. Mr. Geraty has now petitioned the court for approval of a fee of $2,931.00 for services rendered before this court. The Commissioner has indicated that there are no objections to the proposed fee.

After consideration of the relevant factors, the court has concluded that a fee of $2,931.00 provides proper and reasonable compensation for the legal services rendered in this case. In reaching this conclusion, the court has considered the quality of Mr. Geraty's services to his client, the input provided by plaintiff's attorney in this court's deliberations, and the time spent by counsel in processing this appeal. Accordingly, a fee of $2,931.00 is approved and authorized by the court for release, and it is so

**ORDERED.**

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 17th day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE