CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 17 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| THOMAS E. ROACH, ) | |
| ) | Civil Action No. 4:02CV00048 |
| Plaintiff ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | By: Hon. Glen E. Conrad |
| ) | United States District Judge |
| Defendant ) | |

By Memorandum Opinion and Order entered August 22, 2003, the court remanded this case to the Commissioner of Social Security for further consideration of plaintiff's claims for disability insurance benefits and supplemental security income benefits under the Social Security Act, as amended, 42 U.S.C. §§ 416(i) and 423, and 42 U.S.C. § 1381, et seq., respectively. Jurisdiction of this court is pursuant to 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3). The court directed the Commissioner to consider new medical evidence. The court retained jurisdiction pursuant to "sentence six" of 42 U.S.C. § 405(g). Plaintiff has now filed a petition for entry of a final order in which plaintiff represents that, following remand, the Commissioner issued a favorable decision. Accordingly, for good cause shown, it is now

ORDERED

that judgment shall be, and hereby is, entered in favor of plaintiff, and the case stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER: This 17th day of November, 2005.

United States District Judge